SADIE M. BEGEN, Appellant, *v.* ISABELLA M. PETTUS
et al., Respondents.

Reported below, 167 App. Div. 622.
(Argued January 3, 1916; decided January 4, 1916.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first judi-
cial department, entered May 11, 1915, affirming a judg-
ment in favor of defendants entered upon a dismissal of
the complaint by the court on trial at Special Term in an
action to recover money paid on a contract for the pur-
chase of real property.

The motion was made upon the grounds that the
affirmance by the Appellate Division was unanimous;
that the exceptions were frivolous and that no questions
of law were involved.

*M. J. Stroock* for motion.

*Harold Swain* opposed.

Motion denied, with ten dollars costs.